# Alabama Iron Works v. Wallace.

APPEAL from Birmingham City Court.

Tried before Hon. WM. W. WILKERSON.

MILLER & BLACKBURN, for appellant.

JNO. W. CHAMBLEE, *contra.*

·This was an action for work and labor done, brought by the appellee against the appellant. Judgment for plaintiff. Defendant appealed. Reversed and remanded.

Opinion by HARALSON, J.   HEAD, J. not sitting.